## Arthur OVE v. H. I. GRIMES.
### No. 2619.

Circuit Court of Appeals, Tenth Circuit.

Nov. 17, 1942.

Max J. Cohen and John A. McGuire, Jr., both of Lowell, Mass., for appellant.

Earl Pruet, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on court's motion, for failure to prosecute.

## Ishmael Worth PHILLIPS, Petitioner, v. Robert H. HUDSPETH, Warden, United States Penitentiary, Leavenworth, Kansas, Respondent.
### No. 2546.

Circuit Court of Appeals, Tenth Circuit.

Feb. 11, 1943.

John F. Mueller, of Denver, Colo., for appellant.

George H. West, U. S. Atty., of Kansas City, Kan., and Eugene W. Davis, Asst. U. S. Atty., of Topeka, Kan., for appellee.

Before BRATTON, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

On the authority of Jerome v. United States, 63 S.Ct. 483, 87 L.Ed. ——, the judgment herein is reversed and the cause remanded with directions to enter judgment discharging petitioner.

## SECURITY FLOUR MILLS COMPANY v. COMMISSIONER OF INTERNAL REVENUE.
### No. 2676.

Circuit Court of Appeals, Tenth Circuit.

Jan. 9, 1943.

Foulston, Siefkin, Bartlett & Morris, of Wichita, Kan., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Petition to review, 45 B.T.A. 1159, dismissed on motion of respondent.

## Taylor SEALS v. Honorable Richard J. HOPKINS, Judge of the United States District Court for the District of Kansas.
### No. 2667.

Circuit Court of Appeals, Tenth Circuit.

Dec. 22, 1942.

No appearance for either party.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Application for leave to file petition for writ of mandamus denied.